**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2160**

---

GROVER DRUMMOND,

          Plaintiff - Appellant,

    versus

STATE OF MARYLAND,

          Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CA-96-1292-K)

---

Submitted: October 17, 1996      Decided: October 23, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Grover Drummond, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his civil complaint wherein he alleged discrimination by state employees who constantly spy on and otherwise hinder him. The district court dismissed the complaint as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Drummond v. Maryland, No. CA-96-1292-K (D. Md. July 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED